UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 3:06-cr-79-J-33MCR

ERIC DEVON HILL.
_____/

**ORDER**

This matter comes before the Court upon consideration of Defendant Eric Devon Hill's Motion for Early Termination of Supervised Release (Doc. # 220), filed on May 17, 2017. On November 30, 2016, Hill was sentenced to 138 months' imprisonment followed by a term of 48 months of supervised release. (Doc. # 95). After serving his sentence, Hill commenced his term of supervised release on April 8, 2016. (Doc. # 220 at ¶ 3).

Since his term of supervised release began, Hill has been gainfully employed. (Id. at ¶ 4). In fact, to obtain his most recent job, Hill completed a course at the National Driving School. (Id.). Along those line of continued rehabilitation, Hill completed a twelve-month long reentry program and a three-month long MRT program. (Id.). Hill's successful completion of the reentry program led to a reduction of his term of supervised release by one year. (Doc.

# 218). Significantly, in his thirteen months of supervised release, Hill has not violated the terms of his supervision. (Doc. # 220 at ¶ 6).

At this juncture, the Court finds that early termination of supervised release is not appropriate. But, the Court takes this opportunity to commend Hill on his successes. To be sure, Hill should take pride in his accomplishments since beginning his term of supervised release. The Court strongly encourages Hill to continue his good work and, if in another year, Hill has continued his trend of good behavior and compliance with the terms of supervised release, the Court will consider a motion for early termination. When Hill files his second motion a year from now, he is advised to first obtain the consent of his probation office.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Eric Devon Hill's Motion for Early Termination of Supervised Release (Doc. # 220) is **denied** at this juncture. But, if in another year, Hill has continued to comply with his terms of supervised release, he may file another motion for early termination of supervised release after obtaining the consent of his probation officer.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of May, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE